1  Kevin L. Hernandez, Esq.
   Nevada Bar No. 12594
2  **LAW OFFICE OF KEVIN L. HERNANDEZ**
3  8872 S. Eastern Avenue, Suite 270
   Las Vegas, Nevada 89123
4  T: (702) 563-4450
   F: (702) 552-0408
5  kevin@kevinhernandezlaw.com
   *Attorney for Plaintiff*
6

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9  ADRIAN PADILLA, an individual;   Case No.: 2:20-cv-00337-APG-VCF

10             Plaintiff,

11    v.

12  WILLIAMS, RUSH & ASSOCIATES, a foreign limited-liability company;   **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT WILLIAMS, RUSH & ASSOCIATES WITH PREJUDICE**

13

14             Defendant.

15

16    Plaintiff, Adrian Padilla ("Plaintiff"), and Defendant, Williams, Rush & Associates

17  ("WRA") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

18    Therefore, the Parties, by and through their respective attorneys of record, and subject to

19  the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

under FRCP 41(a) as to WRA, with Plaintiff and WRA bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: November 23, 2020

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: November 23, 2020

**LAW OFFICE OF
STEPHEN M. DIXON, LTD.**

*/s/ Stephen M. Dixon*
Stephen M. Dixon, Esq.
Nevada Bar No. 10025
10181 W. Park Run, Suite 110
Las Vegas, Nevada 89145
steve@stevedixonlaw.com
*Attorney for Defendant Williams,
Rush & Associates*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:   November 24, 2020